# **EXHIBIT 1**

# **STATE COURT FILE**

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, MISSOURI

| | |
|---|---|
| TONY NOWLIN ) <br> 4201 Clark Lane #123 ) <br> Columbia, MO  65202 ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARGILL, INCORPORATED, a ) <br> Delaware corporation ) <br> ) <br> Defendant. ) <br> ) <br> Serve Registered Agent for Defendant: ) <br> The Corporation Company ) <br> 120 S. Central Avenue – Suite 400 ) <br> St. Louis, MO  63105 ) | Case No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Tony Nowlin, by and through his attorneys Bley & Evans LC, and for his Petition for Damages against Defendant, Cargill, Incorporated, states and alleges as follows:

1. Plaintiff Tony Nowlin resides in Columbia, Boone County, Missouri.

2. Defendant Cargill is a corporation based in Minnetonka, Minnesota, and incorporated in Wilmington, Delaware.

3. The incident that gave rise to this action occurred in Montgomery City, Missouri, and, therefore, venue is proper in Montgomery County, Missouri.

4. On January 13, 2020, at approximately 3:00 P.M., Plaintiff was picking up a delivery for his employer, Old Dominion, at the Cargill facility in Montgomery City, Missouri.

5. Plaintiff was a business invitee at the time of the incident, and was, therefore, owed a duty by Defendant to maintain a reasonably safe property.

6. Prior to plaintiff's arrival at the facility, ice and/or snow had been allowed to accumulate in the parking lot and sidewalk in front of the facility.

7. Prior to Plaintiff's arrival at the facility, at least one person had slipped and fell on the ice and/or snow that had accumulated on the parking lot and sidewalk.

8. The ice and/or snow in the parking lot and sidewalk area created a dangerous condition that was not reasonably safe at the time of Plaintiff's arrival.

9. Employees of Defendant Cargill were aware that other individual(s) had fallen on the ice and/or snow, prior to the Plaintiff's arrival at the facility, and were, therefore, aware that the parking lot and sidewalk were not reasonably safe.

10. Defendant, acting through its employees, failed to take reasonable steps to remedy the dangerous condition.

11. As a direct result of the dangerous condition of Defendant's facility, Plaintiff suffered injury to his shoulder resulting in a torn rotator cuff.

12. Plaintiff's injury has directly resulted in the following damages:

    a. Past medical expenses in excess of $71,546.14;

    b. Future medical expenses;

    c. Past and future lost wages; and

    d. Past and future non-economic damages, including pain and suffering and loss of enjoyment of life.

WHEREFORE, Plaintiff prays that the Court enter Judgment against Defendant in an amount in excess of $25,000, plus pre and post judgment interest, and further relief deemed appropriate by the Court.

        Respectfully Submitted,

        **BLEY & EVANS, L.C.**

By:   */s/ Mark J. Evans*
       MARK J. EVANS, #39050
       WALLY BLEY, #28657
       1000 W. Nifong Blvd.
       Bldg. 4 - Ste. 200
       Columbia, MO 65203
       P:  (573) 443-8385
       F:  (573) 443-8395
       evans@bleyevanslaw.com
       bley@bleyevanslaw.com
       **ATTORNEYS FOR PLAINTIFF**



# IN THE 12TH JUDICIAL CIRCUIT, MONTGOMERY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JASON H LAMB | Case Number: 21AA-CC00003 |
| Plaintiff/Petitioner:<br>TONY NOWLIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK J. EVANS<br>1000 WEST NIFONG BLVD<br>BUILDING 4, SUITE 200<br>COLUMBIA, MO  65203 |
| Defendant/Respondent:<br> CARGILL INCORPORATED | Court Address:<br>211 E 3rd<br>ROOM 301<br>MONTGOMERY CITY, MO  63361 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:   CARGILL INCORPORATED**
**SERVE REGISTERED AGENT: THE CORPORATION COMPANY, 120 SOUTH CENTRAL AVENUE, SUITE 400, ST. LOUIS, MO. 63105**

*COURT SEAL OF MONTGOMERY COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

*/S/ Robyn R. Schmidt*
*Montgomery County Circuit Clerk*
*12:29 PM, 1/20/2021, RIEGELDJ*

___JAN. 20, 2021_____       _____
            Date                                                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____         _____
Printed Name of Sheriff or Server                                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*
My commission expires: _____      _____
                                                 Date                                            Notary Public

**Sheriff's Fees, if applicable**
Summons                                         $_____
Non Est                                         $_____
Sheriff's Deputy Salary
Supplemental Surcharge      $_____10.00_____
Mileage                                         $_____   (_____ miles @ $._____ per mile)
**Total**                                       $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Rejud
SB 2/19

# IN THE 12TH JUDICIAL CIRCUIT, MONTGOMERY COUNTY, MISSOURI

| Judge or Division: JASON H LAMB | Case Number: 21AA-CC00003 |
|---|---|
| Plaintiff/Petitioner: TONY NOWLIN | Plaintiff's/Petitioner's Attorney/Address MARK J. EVANS 1000 WEST NIFONG BLVD BUILDING 4, SUITE 200 COLUMBIA, MO 65203  39050 |
| vs. | |
| Defendant/Respondent: CARGILL INCORPORATED | Court Address: 211 E 3rd ROOM 301 MONTGOMERY CITY, MO 63361 |
| Nature of Suit: CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: CARGILL INCORPORATED
SERVE REGISTERED AGENT: THE CORPORATION COMPANY, 120 SOUTH CENTRAL AVENUE, SUITE 400, ST. LOUIS, MO. 63105

30 ctror ln

COURT SEAL OF MONTGOMERY COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

/S/ Robyn R. Schmidt
Montgomery County Circuit Clerk
12:29 PM, 1/20/2021, RIEGELDJ

___JAN. 20, 2021___   _____
Date                          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: B. LOVE (name) INTAKE SPECIALIST (title).
☑ other: THE CORPORATION CO.

Served at St. Louis County  (address)
in _____ (County/City of St. Louis), MO, on JAN 2 9 2021 (date) at 9 AM (time).

Tom Deakin
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer.
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                                    Date                          Notary Public

**Sheriff's Fees, if applicable**
Summons                                $_____
Non Est                                $_____
Sheriff's Deputy Salary
Supplemental Surcharge       $   10.00
Mileage                                $_____ ( _____ miles @ $. _____ per mile)
**Total**                                  $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

1/27/21

21-SMCC-711

OSCA (06-13) SM30 (SMCC) *For Court Use Only: Document Id # 21-SMCC-19*     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



| | |
|---|---|
| **01/20/2021** | ☐ **Judge Assigned** |
| | ☐ **Pet Filed in Circuit Ct** |
| | Petition for Damages. |
| | **Filed By:** MARK J. EVANS |
| | ☐ **Confid Filing Info Sheet Filed** |
| | Confidential Case Filing Information Sheet. |
| | **Filed By:** MARK J. EVANS |
| | **On Behalf Of:** TONY NOWLIN |
| | ☐ **Filing Info Sheet eFiling** |
| | **Filed By:** MARK J. EVANS |
| | ☐ **Summons Issued-Circuit** |
| | Document ID: 21-SMCC-19, for CARGILL INCORPORATED MN. |
| **02/01/2021** | ☐ **Notice of Service** |
| | 21-SMCC-19 by St. Louis County; Electronic Filing Certificate of Service. |
| | ☐ **Corporation Served** |
| | Document ID - 21-SMCC-19; Served To - CARGILL INCORPORATED MN; Server - SO ST LOUIS COUNTY-CLAYTON; Served Date - 29-JAN-21; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served |
| **02/10/2021** | ☐ **Motion for Change of Venue** |
| | Motion for Change of Venue. |
| | **Filed By:** MARK J. EVANS |
| | **On Behalf Of:** TONY NOWLIN |

Case.net Version 5.14.16   Return to Top of Page   Released 03/09/2021